PROB 12C7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Summons for Offender Under Supervision

**Name of Offender:** Keith Stephens  **Docket Number:** 06-CR-249-JLL
 **PACTS Number:** 33855

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/06/06

**Original Offense:** Conspiracy to Defraud in Connection with Access Device

**Original Sentence:** 43 months imprisonment; 3 years supervised release with conditions.
Restitution: $222, 752.43, to be satisfied in monthly installments of $250.00.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/17/07

**Assistant U.S. Attorney:** Bohdan Vitvitsky, 970 Broad Street, Room 502 Newark, New Jersey 07102; (973) 645-2700

**Defense Attorney:** Chester Keller, First Assistant Federal Public Defender, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X]  To issue a summons

[ ]  To issue a warrant

The probation officer believes that the offender has violated the following conditions

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' Stephens did not report as directed to the probation officer on July 23, October 4, and October 29, 2010. The offender did not submit written supervision reports for December 2009, and January, August, and September 2010. |
| 2. | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' On or before July 24, 2010, Stephens changed his residence and did not notify the probation officer within three (3) days of moving. |

PROB 12C - Page 2
Keith Stephens

3. The offender has violated the standard supervision condition which states 'As a condition of supervision, you are instructed to pay a restitution in the amount of $222,652.43, to be satisfied in monthly installments of $250.00.' As of December 3, 2010, Stephens owes $218,258.70 restitution. He has willfully failed to comply with the restitution condition.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas Stone*

By: Thomas Stone
Senior U.S. Probation Officer
Date: 12/15/10

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: Jan. 7, 2011 at 10 AM
[ ] Other

_____
Signature of Judicial Officer

December 15, 2010
_____
Date