# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH STEPHENS | Criminal Action No.: 06-CR-249 JLL)<br><br>**ORDER** |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

**It is on this 8TH day of FEBRUARY, 2011;**

**O R D E R E D** that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Linda Foster, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE