UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-249 |
| v. : | |
| : | ORDER |
| KEITH STEPHENS : | |

This matter having come before the Court on the application of defendant, Keith Stephens, through his attorney, the Office of the Federal Public Defender (Linda D. Foster, Assistant Federal Public Defender, appearing), for an order extending the date that Mr. Stephens has been ordered to voluntarily surrender to the Bureau of Prisons.

IT IS on this 21st day of April, 2011, ORDERED that the defendant's Motion to extend the voluntary surrender date of April 25, 2011, ~~be extended until~~ is and hereby is Denied. ~~, 2011.~~

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE